UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

IN ADMIRALTY

CASE NO.

SHORELINE MARINE FUEL DELIVERY, INC.,

    Plaintiff,

vs.

M/V "AMBER EXPRESS"
Her engines, tackle, etc., in rem
and AMBER EXPRESS CARGO, INC.
a foreign corporation.

    Defendants.
_____/

**VERIFIED COMPLAINT TO FORECLOSE MARITIME LIENS**

    The Plaintiff SHORELINE MARINE FUEL DELIVERY, INC., by and through its undersigned attorneys, and file this its Verified Complaint against the "M/V AMBER EXPRESS" INO NUMBER 7000669 (VESSEL) her engines, tackle, boilers, apparel, appurtenances, etc., in rem, and AMBER EXPRESS CARGO, INC. and alleges as follows:

    1.    That this is a case of admiralty and maritime jurisdiction and is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This court also has jurisdiction pursuant to 28 U.S.C. 1333 and 46 U.S.C. 10313 and

46 U.S.C. 31301.

2. That at all times hereinafter mentioned, Plaintiff SHORELINE MARINE FUEL DELIVERY, INC., was a Florida corporation.

3. The Defendant "M/V AMBER EXPRESS" in rem, is now lying afloat at 2974 NW North River Drive Miami Florida 33142 within this district and within the jurisdiction of this Honorable Court. However, this is an emergency arrest because Plaintiff suspects that the vessel is about to be removed from this jurisdiction.

4. Venue is proper in this Court because the VESSEL is located in this District.

5. SHORELINE MARINE FUEL DELIVERY, INC. is a Florida corporation with its principal place of business in Miami.

6. AMBER EXPRESS CARGO, INC., is the Owner of the Vessel and it is a foreign corporation believed to be organized under the laws of CANADA.

7. Fuel, a maritime necessary was sold and delivered to the vessel by the Plaintiff and ordered and accepted the Owner, Master and Manager in the agreed amount of sixteen thousand six hundred ninety eight dollars ($16,698.42) and forty two hundredths. See Exhibit A attached.

**COUNT I CLAIM FOR NECESSARIES BY SHORELINE**

8. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs 1-9 as if set forth fully herein.

9. This is an action brought pursuant to 46 U.S.C. § 31301 (2000).

10. That Plaintiff Shoreline upon order of the owner, master, authorized agent, charterer or person to whom said vessel was entrusted, supplied to the "M/V AMBER EXPRESS" in rem, certain necessaries consisting of fuel in the amount of sixteen thousand six hundred ninety eight dollars ($16,698.42) and forty two hundredths and forty hundredths..

11. That all of the said charges are reasonable, necessary and proper and were accepted by the Owner.

12. That there is presently due and owing upon the aforesaid account the sum of sixteen thousand
six hundred ninety eight dollars ($16,698.42) and forty two hundredths. plus attorney's fees, costs and US Marshall expenses, demand for aforesaid amount has been made upon, and acknowledged by, the Defendant, however, such demand has not been heeded. Therefore Plaintiff has a maritime lien against the Defendant "M/V AMBER EXPRESS" in rem, for payment thereof.

**WHEREFORE**, Plaintiff SHORELINE prays the Court enter an Order providing as follows:

a) that process in due form issue against the "M/V AMBER EXPRESS,", in rem, her engines, tackle, boilers, apparel, appurtenances, etc., providing for the terms of such process and further providing the terms by which all persons interested in claiming therein shall be cited to appear and answer the

Complaint.

b) That judgment be entered declaring the aforesaid maritime lien as valid against Defendant "M/V AMBER EXPRESS", in rem, and that Plaintiff is entitled to compensatory damages, attorney's fees, Court costs and costs of collection.

c) That Defendant "M/V AMBER EXPRESS", in rem, be condemned and sold in payment of the aforesaid amounts and that Plaintiff be permitted to bid the amount of its lien at the sale of the aforesaid vessel, and

d) That Plaintiff Shoreline be awarded a money judgment against Defendant AMBER EXPRESS CARGO INC., and have such other and further relief as this Court deems just and proper.

**FURTHER AFFIANT SAYETH NOUGHT.**

_____
Steve Johnston Affiant

**STATE OF FLORIDA)**
            **)ss:**
**COUNTY OF MIAMI- DADE  )**

**BEFORE ME**, the undersigned authorities, this day, personally appeared Steve Johnston who is personally known to me and first being duly sworn, deposes and says that he is President of Plaintiff corporation and he has personal knowledge of the facts and matters set forth herein and that each of these facts and matters are true and correct.

**SWORN TO AND SUBSCRIBED** before me this   day of December, 2013.

_____
NOTARY PUBLIC

**CLIFFORD KORNFIELD**
MY COMMISSION # EE008479
EXPIRES July 13, 2014
(407) 398-0153    FloridaNotaryService.com

/s Clifford Kornfield

BY: _____
CLIFFORD A. KORNFIELD, P.A.
Attorneys for Plaintiff
11400 SW 68 CT
Miami, FL. 33156
(305) 666-7202
kornlaw@gmail.com
Florida Bar Number 449512